# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### In Admiralty

CLEAR SPRING PROPERTY AND
CASUALTY COMPANY,

     Plaintiff / Counter-Defendant,

v.                          Case No.: 8:23-cv-00702-KKM-MRM

DAI NGUYEN,

     Defendant / Counter-Plaintiff.
_____/

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties have reached a settlement of this action.  The parties will submit the appropriate documents for dismissal of the action once the settlement documents have been finalized.


Respectfully Submitted,

**PEKAR LAW P.A.**


/s/ *Jeffrey S. Pekar*
Jeffrey S. Pekar, FBN 0031140
400 North Ashley Drive, Suite 2600
Tampa, Florida 33602
E-mail: jpekar@pekarlaw.com
Phone: (813) 712-8762
Fax:  (813) 712-8780
Counsel for Dai Nguyen

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of January, 2024, the foregoing Notice of Settlement was electronically filed with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the parties who are registered participants with the system.

/s/ *Jeffrey S. Pekar*
Attorney