UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLEAR SPRING PROPERTY &
CASUALTY COMPANY,

    Plaintiff,

v.           Case No. 8:23-cv-0702-KKM-MRM

DAI NGUYEN,

    Defendant.
_____

## ORDER

The parties notified the Court that a settlement is pending in this case. (Doc. 48.) Accordingly, the Clerk is directed to **STAY** and **CLOSE** this case. Within **60 days** of this order, Plaintiff may submit a stipulated settlement, move for dismissal under Federal Rule of Civil Procedure 41(a)(2), or move to reopen the action. *See* FED. R. CIV. P. 41(a)(1)–(2). If Plaintiff fails to do any of the above within sixty days, the case is **DISMISSED without prejudice** for failure to prosecute. *See* Local Rule 3.10.

**ORDERED** in Tampa, Florida, on January 18, 2024.

*[signature]*
Kathryn Kimball Mizelle
United States District Judge